CHRISTOPHER NORGAARD (SBN87996)
LAW OFFICES OF CHRISTOPHER NORGAARD
633 West Fifth Street
Suite 2600
Los Angeles, California 90071
Telephone: (213) 223-2030
Facsimile: (213) 223-2029
Email: cnorgaard@regentbc.com

Attorneys for Plaintiff RESVERATROL PARTNERS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESVERATROL PARTNERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JON MAYNE, individually and doing business as RESVERATROLBENEFITS.COM, PAUL TANDHASETTI, individually and doing business as RESVERATROLBENEFITS.COM, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. CV 09-06536 JHN (AJWx)<br><br>STATUS REPORT ON EFFORTS TO SERVE FIRST AMENDED COMPLAINT; REQUEST FOR LEAVE TO EFFECT SERVICE OF PROCESS BY PUBLICATION<br><br>[Fed. R. Civ. Proc. 4(m)] |

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff Resveratrol Partners LLC filed, on March 24, 2010, a Request for Extension of Time to File Proof of Service of First Amended Complaint. The Request was for an extension of time to and including April 22, 2010, within which to file a proof of service of the Summons, First Amended Complaint, and related documents in this action. The Request stated that if plaintiff's ongoing, extensive efforts to serve defendants had not succeeded by that date, plaintiff intended to ask leave to serve the defendants by publication. Plaintiff hereby reports that on March 29, 2010, its process server learned the following with respect to plaintiff's final "lead," the condominium allegedly owned by defendant Paul Tandhasetti in Hallandale

- 1 -

Beach, Florida (*see* March 24, 2010, Request for Extension of Time to File Proof of Service of First Amended Complaint, p. 3, ll. 6-7): The condominium is occupied by a woman who has been purportedly living in the condominium for approximately one year under a purported lease or rental arrangement with Mr. Tandhasetti.

Plaintiff therefore requests leave to serve defendants Paul Tandhasetti and Jon Mayne by publication, pursuant to Rule 4 of the Federal Rules of Civil Procedure, California Code of Civil Procedure § 415.4 and California Government Code § 6064, with publication to be completed on or before June 4, 2010.

For the convenience of the Court, the prior efforts to effect service as described in plaintiff's Request for Extension of Time to File Proof of Service of First Amended Complaint, filed on March 24, 2010, are repeated as follows:

This action arises out of alleged defamatory statements made on a website called ReservatrolBenefits.com, which plaintiff alleges not only made false and misleading statements about plaintiff's product, but did so for commercial gain and benefit, notwithstanding the website's pose as an objective product review website. As is sometimes the case with websites and those who fund them, locating the actual principals can be extremely difficult. The only identifiable name on the defendant website was Jon Mayne, whose stated address and telephone number in fact turned out to be a United Parcel Service store in San Francisco, whose management informed plaintiff's counsel's office that it has no record of a current account or mailbox at that store for Jon Mayne.

We conducted extensive online searches in an attempt to locate Mr. Mayne, as well as attempts to locate and identify the firm that maintains the defendant website. We were eventually able to determine that the website is maintained by Moniker Privacy Services ("Moniker") in Pompano Beach, Florida. Working with a large, respected law firm in Miami, Florida (Carlton Fields P.A.) and its attorney service, we made unsuccessful attempts to locate Mr. Mayne in Florida but were eventually able to serve a Notice of Deposition and Subpoena on Moniker in February, seeking production of records identifying the individual(s) who own the defendant website at a deposition and document production on February 26, 2010.

Plaintiff's counsel Christopher Norgaard was then contacted by William Delgado, an attorney in Los Angels representing Moniker. Following several discussions, it was agreed that Moniker would produce its record showing the owner of the website in lieu of a deposition. Attached to the Request for Extension of Time to File Proof of Service of First Amended Complaint, filed on March 24, 2010, as Exhibit A is a Declaration which we received from Mr. Delgado of Kjel Holmberg, an employee of Oversee.net, the stated parent company of Moniker Privacy Services, LLC, stating that the Moniker database does not contain any information for a "Jon Mayne," but does list Paul Tandhasetti as the owner of the defendant website. We accordingly filed a First Amended Complaint and immediately began efforts to serve Mr. Tandhasetti at the address listed in Moniker's records, in Dania Beach, Florida, which address is shown in Exhibit A to Mr. Holmberg's Declaration.

It turned out that, just as was the case with Jon Mayne, Paul Tandhasetti's address was a United Parcel Service private mailbox facility. After subsequent additional investigative activity, we were able to determine that a Paul Tandhasetti is also listed as President of a company called Health Formula Corporation in Hollywood, Florida. An attempt was made to serve him there, but the receptionist told the process server that Mr. Tandhasetti was "out of the country" until "sometime in April." We have also located a condominium complex in Hallandale Beach, Florida, in which Mr. Tandhasetti may own a unit.

Plaintiff therefore requests that it be granted leave to serve defendants Paul Tandhasetti and Jon Mayne by publication, pursuant to Rule 4 of the Federal Rules of Civil Procedure, California Code of Civil Procedure § 415.4 and California Government Code § 6064, with publication to be completed on or before June 4, 2010.

DATED: April 23, 2010

LAW OFFICES OF CHRISTOPHER NORGAARD

By *Christopher Norgaard*
Christopher Norgaard,
Attorneys for Plaintiff RESVERATROL PARTNERS LLC