CHRISTOPHER NORGAARD (SBN87996)
LAW OFFICES OF CHRISTOPHER NORGAARD
633 West Fifth Street
Suite 2600
Los Angeles, California 90071
Telephone: (213) 223-2030
Facsimile: (213) 223-2029
Email: cnorgaard@regentbc.com

Attorneys for Plaintiff RESVERATROL PARTNERS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESVERATROL PARTNERS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JON MAYNE, individually and doing business as RESVERATROLBENEFITS.COM, PAUL TANDHASETTI, individually and doing business as RESVERATROLBENEFITS.COM, and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO. CV 09-06536 JHN (AJWx)<br><br>DECLARATION OF CHRISTOPHER NORGAARD RE ACCEPTANCE OF SERVICE OF PROCESS, EXPECTED APPEARANCE BY COUNSEL FOR DEFENDANT PAUL TANDHASETTI, AND EXPECTED RESPONSE TO FIRST AMENDED COMPLAINT |

    Plaintiff Resveratrol Partners LLC submits the following Declaration of its attorney of record herein.

- 1 -

DECLARATION OF CHRISTOPHER NORGAARD RE ACCEPTANCE OF SERVICE OF PROCESS, EXPECTED APPEARANCE BY COUNSEL FOR DEFENDANT PAUL TANDHASETTI, AND EXPECTED RESPONSE TO FIRST AMENDED COMPLAINT

I, Christopher Norgaard, declare:

1. I am an attorney admitted to practice before this Court and all courts of the State of California. I am attorney of record in this action for plaintiff Resveratrol Partners LLC. I have personal knowledge of the facts stated herein, and, if called upon to testify as a witness, I could and would testify competently thereto.

2. Following exhaustive efforts to effect service on defendants Paul Tandhasetti and Jon Mayne, which were in part described in previous documents filed in this action and which included formal discovery and extensive investigation, I received a telephone call late yesterday afternoon, and a follow-up email, from Paul Kobak, an attorney with the firm of Peretz Chesal & Herrmann, PL in Miami, Florida, stating that his firm would represent Mr. Tandhasetti in this action and would attempt to return the executed Waiver of Service form to me by the end of next week, and acknowledging that the executed Waiver is in any event due on or before June 2 and that Mr. Tandhasetti's response to the First Amended Complaint is due on or before July 2, 2010. I have agreed with Mr. Kobak to the foregoing due dates.

3. I expect that as to the other named defendant, Jon Mayne, Mr. Tandhasetti will be able to provide information that will either enable us to locate and serve Mr. Mayne, or that will enable us to dismiss or sever this action as to Mr. Mayne. In any event, we will not slow the progress of this action while making any further attempts to locate Mr. Mayne.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on May 20, 2010, in Los Angeles, California.

_____
CHRISTOPHER NORGAARD

- 2 -

DECLARATION OF CHRISTOPHER NORGAARD RE ACCEPTANCE OF SERVICE OF PROCESS, EXPECTED APPEARANCE BY COUNSEL FOR DEFENDANT PAUL TANDHASETTI, AND EXPECTED RESPONSE TO FIRST AMENDED COMPLAINT